**MANDATE**

VT - Burlington
06-mj-91
Sessions

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square 40 Centre Street, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): __09-0698-CR, 06-MJ-91__                    Caption [use short title]

Motion for: Dismissal                                         United States v. Sebastien Boucher

Set forth below precise, complete statement of relief sought:
_Dismissal of Appeal_____

[Stamp: UNITED STATES COURT OF APPEALS FILED APR 0 2 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]

[Stamp: 2009 MAY 15 AM 11:57 U.S. DISTRICT COURT DISTRICT OF VERMONT FILED   DEPUTY CLERK]

**MOVING PARTY:** _Sebastien Boucher_____          **OPPOSING PARTY:** _United States____
☐ Plaintiff            ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:**                                   **OPPOSING ATTORNEY [Name]:**
[name of attorney, with firm, address, phone number and e-mail]   [name of attorney, with firm, address, phone number and e-mail]
__James Budreau_____                        __Timothy Doherty_____
__20 Park Plaza, Suite 1405_____                  __U.S. Courthouse_____
__Boston, MA 02116_____                   __P.O. Box 570_____
                                                       __Burlington, VT 05402-0570_____
__budjim@aol.com_____                     __Timonthy.C.Doherty@usdoj.gov_____

Court-Judge/Agency appealed from: ___U.S. District Court, Burlington, VT, Judge William Sessions_____

**Please check appropriate boxes:**                    **FOR EMERGENCY MOTIONS, MOTIONS FOR
                                                       STAYS AND INJUNCTIONS PENDING APPEAL**
Has **consent** of opposing counsel:                   Has request for relief been made below?   ☐ Yes ☐ No

A. been sought?              ☒ Yes ☐ No
B. been obtained?            ☒ Yes ☐ No                 Has this relief been previously sought
                                                       in this Court?                           ☐ Yes ☐ No

Has service been effected?   ☒ Yes ☐ No
[Attach proof of service]

Is **oral argument** requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)   Requested return date and explanation of emergency:

Has **argument** date of appeal been set?   ☐ Yes ☒ No
If yes, enter date:_____                   **A TRUE COPY**
                                                       Catherine O'Hagan Wolfe, Clerk
Signature of Moving Attorney:
_____   Date: X 3/4/09             by: _____
                                                                Deputy Clerk

**ORDER**

IT IS HEREBY ORDERED that the motion is (GRANTED)   DENIED.

                                                       FOR THE COURT:
[Stamp: UNITED STATES COURT OF APPEALS FILED APR 0 7 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]   Catherine O'Hagan Wolfe, Clerk of Court   f Court

Date: 4/7/09                                           By: _____
Form T-1080 (Revised 10/31/02)                              Judy Pisnanont, Motions Staff Attorney

__ ISSUED AS MANDATE: April 30, 2009